# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| **JAMIE HUBER individually and on behalf of all others similarly situated** | ) ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) ) | Civil Action No. 2:22-cv-03572-GJP |
| **ZILLOW GROUP, INC.** | ) ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Isaac Espinoza, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Zillow Group, Inc in Spokane County, WA on September 13, 2022 at 1:03 pm at 707 W. Main Avenue, B1, Spokane, WA 99201 by leaving the following documents with Jane Doe (refused name) who as Front Desk Clerk at United Agent Group Inc is authorized by appointment or by law to receive service of process for Zillow Group, Inc.

Summons
Class Action Complaint
Civil Cover Sheet
Designation Form

Additional Description:
I delivered the documents to the clerk for Registered Agent United Agent Group Inc.

Hispanic or Latino Female, est. age 28, glasses: N, Black hair, 120 lbs to 140 lbs, 4' 9" to 5'.
Geolocation of Serve: http://maps.google.com/maps?q=47.6586155081,-117.4234140103
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ___Spokane County___,
___WA___ on ___9/14/2022___.

/s/ *Isaac Espinoza*

Signature
Isaac Espinoza
(956) 363-0103

# Exhibit 1



Exhibit 1a)